IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA

vs.

Case No. 04M-7007-01

Jethro A. FORBES

## ORDER TO DISMISS

NOW, on this 8th day of June 2005, the Court, having read and considered the Motion to Dismiss filed herein by the United States, and being satisfied good cause exists,

IT IS HEREFORE ORDERED, ADJUDGED AND DECREED that the Information filed April 14, 2004, against the defendant, JETHRO A. FORBES, is hereby dismissed with prejudice.

HONORABLE DAVID J. WAXSE
U.S. Magistrate Judge

APPROVED:

ERIC F. MELGREN
United States Attorney

By: _____
EVERETT F. YATES
Special Assistant U.S. Attorney